ACCEPTED
04-15-00272-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/1/2015 11:54:50 AM
KEITH HOTTLE
CLERK

NO. 04-15-00272-CV

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

07/01/15 11:54:50 AM

KEITH E. HOTTLE
Clerk

KYU IM ROBINSON,

APPELLANT,

v.

JESS L. MAYFIELD, TRUSTEE, ET AL.,

APPELLEES.

ON APPEAL FROM THE 131ST JUDICIAL DISTRICT COURT
BEXAR COUNTY, TEXAS
HON. RENEE A. YANTA, JUDGE PRESIDING

## APPELLANT'S UNOPPOSED MOTION TO ALLOW FILING OF ORIGINAL EXHIBITS

TO THE HONORABLE COURT OF APPEALS:

Appellant, Kyu Im Robinson (Robinson), files this Unopposed Motion to Allow Filing of Original Exhibits.

1.     Appellant's counsel's copies of most of the exhibits on file with the Court are of such poor quality that they are illegible.

2.     Because counsel's copies of the exhibits are of such poor quality, it is impossible to accurately recite the record in Appellant's Brief.

3.     Appellant's counsel has determined that the original exhibits are of such quality that they are legible.

4.     Texas Rule of Appellate Procedure 34.6(g)(2) allows this Court to order the trial court clerk to send the Court any original exhibit.  Under the authority of this rule, the Court should order the trial court clerk to send the Court the following original exhibits: (1) Plaintiff's Exhibits 1-6, 6A, 7, 8-1 through 8-29, 9, 10A-D, and 11; and (2) Defendant's Exhibits 1-37.

#### PRAYER

For the reasons stated, appellant requests that this Court grant this motion and order the trial court clerk to send the original exhibits listed in paragraph 4, above, to the Court.

Respectfully submitted,

JoAnn Storey, P.C.

BY:   /s/ *JoAnn Storey*
       JoAnn Storey
       State Bar No. 19315300
       1005 Heights Boulevard
       Houston, Texas 77008
       Telephone: 713/529-0048
       Facsimile: 713/529-2498
       Email: storeyj@heightslaw.com

       ***Attorney for appellant, Kyu Im Robinson***

## CERTIFICATE OF CONFERENCE

Gay Gueringer, counsel for appellee, William P. Riddick, Individually and as Trustee of the Wm P. Riddick – 76 Trust does not oppose this motion. Although the style of this case includes Jess L. Mayfield, Trustee, as an appellee, Mr. Mayfield is not a party on appeal.

/s/ *JoAnn Storey*

JoAnn Storey

## CERTIFICATE OF COMPLIANCE

Relying on the word count function in the word processing software used to produce this document, I certify that the number of words in this motion is **449**.

This motion complies with the typeface requirements of TRAP 9.4(e) because it uses a conventional typeface no smaller than 14-point (WordPerfect X4 14-point Times New Roman).

/s/ *JoAnn Storey*

JoAnn Storey

## CERTIFICATE OF SERVICE

On July 1, 2015, I sent a true and correct copy of the foregoing *Unopposed Motion to Allow Filing of Original Exhibits* via **EFILE** to the following:

Gay Gueringer
RICHIE & GUERINGER, P.C.
112 E. Pecan St., Suite 1420
San Antonio, Texas 78205

*Counsel for appellee, William P. Riddick,*
*Individually and as Trustee of the*
*Wm P. Riddick – 76 Trust*

/s/ *JoAnn Storey*

JoAnn Storey